# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. ROSS,<br>   Plaintiff,<br>  v.<br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>   Defendant. | Case No. 2:17-cv-08957-SK<br><br>**JUDGMENT** |

  It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: April 10, 2019         _____
                   HON. STEVE KIM
                   U.S. MAGISTRATE JUDGE